FILED
NOV 15 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | CR. NO. __1:05CR259-T__ |
| ) | [18 USC 922(g)(1)] |
| ANDREA ANTONIA RUFFIN    ) | |
| aka ANDRE WILLIAMS       ) | |
| ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

On or about the 18th day of September, 2003, in Ozark, Alabama, within the Middle District of Alabama,

ANDREA ANTONIA RUFFIN
aka ANDRE WILLIAMS,

defendant herein, having been convicted on September 8, 1994, of Robbery 3rd, in the Circuit Court of Dale County, Alabama, Case Number CC 1994 000131 00, a felony for which he was sentenced to serve three years in the penitentiary of the State of Alabama, thereafter possessed in and affecting commerce, a Smith and Wesson, Model 66-3, .357 magnum revolver, serial number BPR7156, all in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
Kent B. Brunson
Assistant United States Attorney