RECEIVED

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
UNITED STATES COURTHOUSE

2006 JAN -4 A 9: 05

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Andrea A. Ruffin
   Defendant

28 December 2005

Vs.

Case No.: CR05-259-T

United States of America
   Respondent

### Motion to Remove Detainer

   COMES NOW, the defendant, Andrea Antonio Ruffin, pro-se, to request that this Honorable Court remove the above case numbered detainer writ which is currently in place against him at the Alabama Department of Corrections.   The detainer is listed as a violation of the Gun Control Act.  The State of Alabama, Dale County has already prosecuted the defendant; Case Number CC-04-0043 for Possession of a Pistol after a Conviction (Please see the attached Time/Summary Sheet).  The charge was resolved on July 14th, 2005 in Dale County Circuit Court.  Jeopardy has attached, and to prosecute the defendant for the same offense twice would create a double jeopardy violation which would cause a 5th Amendment violation.

   Will you please check into this matter for the resolution of the charge and then remove the detainer against me?   Thanks you for your time and consideration in this matter.

Sincerely,

*[signature]*
Andrea A. Ruffin
AIS# 176195
P.O. Box 150
Mt. Meigs, Al  36057

### Certificate of Service

   I certify that I have served a copy of the above motion to the U.S. Attorney's office, Charles Niven, P.O. Box 197, Montgomery, Al 36101-0197.  I pre-paid the postage and placed the motion in the US mail.

*[signature]*
Andrea A. Ruffin

```
                       ALABAMA DEPARTMENT OF CORRECTIONS              INST:    223
CBR716-3                 INMATE SUMMARY AS OF 12/02/2005              CODE:  CDWRQ

****************************************************************************

AIS: 00176195A   INMATE: RUFFIN, ANDREA ANTONIO            RACE: B   SEX: M

INST: 223 - DALE                          DORM:  00   JAIL CR: 000Y 00M 01D

DOB: 04/05/1974  SSN: 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                  PREVIOUS AIS: P0100950

ALIAS: WILLIAMS, ANDRE

ADM DT: 07/14/2005 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/O REV OF    STAT: NEW COMIT FROM CRT W/O REV OF

CURRENT CUST: OTW-3  CURRENT CUST DT: 07/14/2005  PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT#46 LAW IN CLASS II         CURRENT CLASS DATE:   11/13/2005
INMATE IS EARNING : EARNS 40 DAYS FOR EACH 30 SERVED

COUNTY     SENT DT  CASE NO   CRIME                         JL-CR      TERM
DALE       07/14/05 V04000043 DIST CONTROL SUBSTANCE        000D 012Y 00M 00D CS
                              FURNISH: 3 CTS
           COURT COSTS  : $0000866    FINES : $0001000   RESTITUTION : $0000360
DALE       07/14/05 V04000043 RECV STOLEN PROPERTY II      000D 003Y 00M 00D CC
                              CT 4
DALE       07/14/05 V04000043 POSS PISTOL AFTER CONVICT    000D 003Y 00M 00D CC
                              CT 5
DALE       07/14/05 V04000043 POSS MARIJUANA I             000D 003Y 00M 00D CC
                              CT 6

 TOTAL TERM      MIN REL DT    GOOD TIME BAL    GOOD TIME REV     LONG DATE
 012Y 00M 00D    04/26/2009    000Y 02M 25D     000Y 00M 00D      07/12/2017

INMATE LITERAL: SAP
****************************************************************************

DETAINER WARRANTS SUMMARY

>DET WRT 12/02/2005 TYPE: FEDERAL WARRANT        UNITED STATES MARSHAL SERVICE
    LITERAL: VIO GUN CONTROL ACT              SEQ #: 01      CASE #: CR05-259-T
    OFFENSE: 000  - UNKNOWN
****************************************************************************

ESCAPEE-PAROLE SUMMARY

     INMATE CURRENTLY HAS NO PAROLE RECORDS

     INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

     INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B


                            CONTINUED ON NEXT PAGE
```

Andrea H. Ruffin
P.O. Box 150
Mt. Meigs, Al 36057

AIR MAIL

Middle District of Alabama
U.S. Courthouse
Clerk of Court
Debra Hackett; Yvonne Goodloe
P.O. Box 711
Montgomery, Al 36101

MONTGOMERY, AL
PM 03 JAN 2006