IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:05-CR-0259-MHT |
| | ) | |
| ANDREA ANTONIA RUFFIN | ) | |

**ORDER**

Upon consideration of the motion to remove detainer (doc. # 5) filed by the defendant, it is

ORDERED that the motion be and is hereby DENIED. The basis of the motion is that the State of Alabama has already prosecuted the defendant for possession of a pistol after conviction and that prosecution by the United States would violate the Double Jeopardy Clause. Ruffin's legal argument is incorrect because it is inconsistent with the dual sovereignty doctrine which permits the United States and the States to punish a person for the same transgression against the laws of both. *See e.g., Heath v. Alabama*, 474 U.S. 82 (1985).

Done this 6th day of January, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE